# EXHIBIT F

## SALADS

**CUCUMBER SALAD**
Crispy English Cucumber with sesame peppercorn oil — 4.50

**MIXED GREEN WITH SALMON**
Poached salmon, organic mixed greens, vegetables — 7.99

**MIXED GREENS WITH CHICKEN**
Chicken breast, organic mixed greens, carrots, cucumbers, cilantro, scallions — 7.99

**ASSORTED VEGETABLE SALAD** — 5.99

## RICE BOWL

**CHICKEN BREAST RICE BOWL**
Chicken breast, rice wine soy glaze, pickled radish, greens — 8.99

**CHICKEN KATSU RICE BOWL**
Crispy chicken cutlet, tonkatsu sauce, tomato, cucumber, pickled radish — 10.19

**SALMON RICE BOWL**
Poached salmon fillet, soy ginger scallion sauce, pickled radish, greens — 15.00

**SOY SIMMERED BEEF**
Sesame soy simmered beef, onion, soft egg, pickled ginger — 12.99

**SPICY TOFU**
With mushroom and greens — 9.29

**FRIED RICE**
Egg, homemade sausage, scallion — 6.00

**STEAMED WHITE RICE** — 2.00

## DUMPLINGS

*Steamed or Pan-Seared*

PAN SEARED PORK AND NAPA CABBAGE - 6 PIECES — 6.00

STEAMED PORK AND CHIVE - 8 PIECES — 6.00

CHICKEN AND NAPA CABBAGE - 8 PIECES — 6.00

MIXED VEGETABLE - 8 PIECES — 6.00

PETIT CHICKEN DUMPLINGS WITH SICHUAN SAUCE - 8 PIECES — 6.00

## BUNS

*3 PIECES PER ORDER*

GOLDEN FRIED BUN — 2.99

BEEF BUN — 3.89

STEAMED ROASTED BBQ PORK — 3.89

PAN-SEARED PORK BUN — 3.89

## SHANGHAI BUNS

**PORK BELLY**
Pork belly, cilantro, cucumber — 5.99

**CHICKEN CUTLET**
Crispy chicken, lettuce, pickled radish — 5.99

Consumer Advisory: Raw or undercooked meat, poultry, eggs or seafood may increase risk of food borne illness.



# Dumpling Girl

EAT IN / TAKE OUT

56 CANAL ST, MILLBURY, MA 01527
508-865-2280

open daily for lunch & dinner 11 am to 9 pm

## WRAP

**BEEF ROLL UP**
Crispy scallion pancake, beef shank, hoisin sauce
6.00

**HOME-STYLE MOO SHU WRAP**
Bean sprouts, soft vermicelli, braised firm tofu, scrambled egg, hoisin sauce
7.89

## NOODLE

**BEIJING MEAT SAUCE NOODLE**
Lean pork, firm bean curd, bean paste, cucumber
7.89

**DAN DAN MIEN**
Minced pork, baby bok choy, homemade noodles in spice sesame Sichuan chili oil
6.00

**BRAISED BEEF BEIJING NOODLE SOUP**
Beef shank, pickled mustard greens, homemade noodles, scallions, cilantro in beef broth
8.99

**PORK RAMEN**
NOT the instant kind!!!!! Classic pork broth, fresh ramen noodles, pork belly, soft egg, bamboo, red pickled ginger kombu seaweed, scallions
8.99

**CHICKEN RAMEN**
Chicken broth, fresh ramen noodles, chicken breast, soft egg, bamboo, greens, tomato, kombu seaweed, scallions
7.89

**VEGETABLE RAMEN**
Vegetarian broth, fresh ramen noodles, cucumber, carrots, bamboo, tomato, kombu seaweed
8.99

**BUTTER MISO NOODLE**
Spaghetti, brown butter, caramelized white miso
5.29

**SCALLION LO MEIN**
7.29

**COLD MIXED VEGETABLE NOODLE**
Spaghetti, cucumber, tomato, parsley, and sesame sauce.
7.29

## SOUPS

**WONTON SOUP**
Lean pork wontons with scallions in chicken broth
3.50

**WEST LAKE BEEF SOUP**
A type of egg drop soup with a silky texture nuanced with cilantro and white pepper
4.00

**EGG DROP SOUP**
Silky egg curd gentle cooked
3.50

## SNACKS

**VEGETABLE SPRING RODS - 2 PIECES**
Classic golden crispy with cabbage, black mushroom, carrot
3.29

**CHICKEN WING - 6 PIECES**
4.99

**CRAB RANGOON - 2 PIECES**
1.99

## BEVERAGES

**BUBBLE TEA**
Taiwanese milk tea or fruit milk with tapioca pearls
3.25

**HOUSE BREWED CHRYSANTHEMUM TEA**
Floral infusion with rock sugar
2.00

**RED TEA**
2.00

**GREEN TEA**
2.00

**BOTTLED SODA**
1.75

**COFFEE**
Freshly brewed New England Coffee
0.99

## SPECIAL DISHES

**SPICY SAUCE SLICE FISH**
Fish fillets boiled in spice sauce with vegetables
16.00

**STRING BEAN**
Pan fried string bean with sauce
8.00

**SNOW PEA CHICKEN**
Pan fried snow pea with chicken
9.29

**CHICKEN WITH SICHUAN CHILI SAUCE**
Chicken cooked with minced red pepper and sauce
11.99

## ICE CREAMS

**SMALL ICE CREAM**
2.75

**MEDIUM ICE CREAM**
3.50

**LARGE ICE CREAM**
4.25