UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIDI KENDALL SQUARE, LLC, <br> d/b/a DUMPLING DAUGHTER, <br><br> Plaintiff, <br> v. <br><br> DUMPLING GIRL, LLC, JIE LIN, <br> YING YAO XIONG, and <br> HUANCHEN Li <br><br> Defendants. | Case No. 1:15-cv-13514-DLC |

**ASSENTED TO MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER PURSUANT TO FED. R. CIV. P. 6(b)**

Defendants respectfully request an enlargement of the time allotted to file an answer to Plaintiff's Verified Complaint dated October 6, 2015.   In support of this request, Defendants state that their answer is due on December 4, 2015, and Defendants now seek a further extension through December 11, 2015.  In further support of this request, Defendants state that the Parties have engaged in multiple settlement discussions and during the past week, have circulated multiple drafts of a written Settlement Agreement.  More time is necessary because there appear to be three issues which still need to be resolved.  Defendants, therefore, with the assent of Plaintiff, respectfully suggest that a brief extension of Defendants' deadline to respond to the Verified Complaint is appropriate.

WHEREFORE, for the foregoing reasons, Defendants request that the Court enlarge the time for filing an answer up to and including December 11, 2015.  In the alternative, if a settlement is not reached and if this Court is so inclined, and the parties believe they could reach

a settlement with the assistance of the Court, Defendants request a stay and opportunity to meet with the Magistrate Judge to help resolve the remaining issues.

Dated: December 3, 2015

Respectfully Submitted,
DUMPLING GIRL, LLC, JIE LIN and
YING YAO XIONG,
By Their Attorney,

/s/ *Scott S. Sinrich*
Scott S. Sinrich, BBO #551440
Phillips, Silver, Talman, Aframe & Sinrich, P.C.
146 Main Street, 5th Floor
Worcester, MA 01608
P: (508) 754-6852
F: (508) 754-1944
Email: sinrich@pstas.com

*Assented to:*

DIDI KENDALL SQUARE, LLC d/b/a
DUMPLING DAUGHTER,
By its Attorney,

/s/ *Brian M. Haney*
Kenneth A. Sweder, BBO #489840
Brian M. Haney, BBO #661674
Seder & Ross LLP
131 Oliver Street
Boston, MA 02110
P: (617) 646-4466
F: (617) 646-4470
kseder@sweder-ross.com
bhaney@sweder-ross.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF System, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 3, 2015.

/s/ *Scott Sinrich*
Scott S. Sinrich