# SWEDER & ROSS LLP

131 OLIVER STREET
BOSTON, MASSACHUSETTS 02110-2706

TELEPHONE: (617) 646-4466
FACSIMILE: (617) 646-4470

December 21, 2015

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Clary Geraldino-Karasek, Docket Clerk for Chief Judge Patti B. Saris
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
(Clarilde_Geraldino-Karasek@mad.uscourts.gov)

> RE: *DiDi Kendall Square, LLC d/b/a Dumpling Daughter v. Dumpling Girl, LLC, et al.*; Case No. 1:15-cv-13514-PBS

Dear Clerk Geraldino-Karasek:

I am writing on behalf of all parties to report that the case referenced above has been settled. The parties will file a Stipulation of Dismissal in accordance with Local Rule 68.2 forthwith.

Thank you and, as always, please do not hesitate to contact me if you have any questions.

Very truly yours,

Brian M. Haney

BMH:mm
cc: Scott S. Sinrich, Esq. (via Electronic mail, sinrich@pstas.com)