**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


DiDi Kendall Square, LLC
    Plaintiff

             V.

Dumpling Girl, LLC et al
    Defendants

CIVIL ACTION

NO. 1:15-cv-13514-PBS


**SETTLEMENT ORDER OF DISMISSAL**


SARIS, Chief Judge


The Court having been advised on December 21, 2015,  by counsel for the parties that the

above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration

and possible re-opening if within 30 days of this order a motion is filed which represents that the

terms of the settlement agreement have not been performed and there is good cause for the non-

performing party or parties to have failed to perform.


                          By the Court,

December 22, 2015             /s/ C. Geraldino-Karasek

      Date                      Deputy Clerk