UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIDI KENDALL SQUARE, LLC d/b/a
DUMPLING DAUGHTER,

    Plaintiff,

v.

DUMPLING GIRL, LLC,
JIE LIN,
YING YAO XIONG, and
HUANCHEN LI,

    Defendants.

Case No.: 1:15-cv-13514-PBS

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and (c), Plaintiff DiDi Kendall Square, LLC d/b/a Dumpling Daughter and Defendants Dumpling Girl, LLC, Jie Lin, Ying Yao Xiong, and Huanchen Li hereby stipulate that all claims in this action should be dismissed with prejudice and without costs or attorney's fees, and with all rights of appeal waived.

DIDI KENDALL SQUARE, LLC d/b/a
DUMPLING DAUGHTER

/s/ Brian M. Haney
Kenneth A. Sweder, BBO #: 489840
Brian M. Haney, BBO #: 661674
Sweder & Ross LLP
131 Oliver Street
Boston, MA 02110
P: (617) 646-4466
F: (617) 646-4470
ksweder@sweder-ross.com
bhaney@sweder-ross.com

DUMPLING GIRL, LLC, JIE LIN, and
YING YAO XIONG,

/s/ Scott S. Sinrich
Scott S. Sinrich, BBO #: 551440
Phillips, Silver, Talman, Aframe & Sinrich, P.C.
146 Main Street, 5th Floor
Worcester, MA 01608
P: (508) 754-6852
F: (508) 754-1944
sinrich@pstas.com

HUANCHEN LI, *Pro Se*

/s/ *Huanchen Li*

Huanchen Li, Pro Se
4 Swedes Crossing
Westford, MA 01886
P: (978) 846-0853

DATED: 12-2-15

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the *Joint Stipulation of Dismissal* was served upon Scott S. Sinrich, the attorney of record for Dumpling Girl, LLC, Jie Lin, and Ying Yao, Xiong, via the ECF system, and that a paper copy will be sent to Huachen Li, *pro se*, by First Class Mail, postage prepaid, this 4th day of January, 2016.

/s/ Brian M. Haney

_____

Brian M. Haney, Esq.